# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| TEVIN LEWIS | CASE NO. 6:16-CV-01280 |
| VERSUS | JUDGE DOUGHTY |
| DWIGHT HUVAL ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. Noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss Penalty, Punitive or Exemplary Damages (Rec. Doc. 7) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED to the extent that Defendants move for dismissal of Plaintiff's claim for punitive damages asserted under Louisiana law against all Defendants and Plaintiff's claims for punitive damages under federal law against the Lafayette City-Parish Consolidated Government and against Officer Huval in his official capacity. These claims are DISMISSED WITH PREJUDICE. The motion is DENIED as to Plaintiff's claim for punitive damages under federal law against Officer Huval in his individual capacity.

Signed at Monroe, Louisiana, May 17, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE