# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| TEVIN LEWIS | CASE NO. 6:16-CV-01280 |
| VERSUS | JUDGE DOUGHTY |
| DWIGHT HUVAL ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. Noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss (Rec. Doc. 6) be DENIED WITHOUT PREJUDICE and that Plaintiff be given fifteen days from the date of this Judgment to file an amended complaint. Defendants shall have an opportunity to file another Rule 12(b)(6) motion to dismiss if necessary or appropriate following the filing of the amended complaint, consistent with the report and recommendation.

Signed at Monroe, Louisiana, May 17, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE