UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TEVIN LEWIS** | **CASE NO. 6:16-CV-01280** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DWIGHT HUVAL ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. The Amended Report and Recommendation [Doc. No. 43] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's §1983 claims for excessive force and false arrest and all Fourth, Fifth, Eighth, Fourteenth, *Monell*, and state law claims for excessive force and false arrest are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining state law claims for negligence, assault, and battery are DISMISSED WITHOUT PREJUDICE.

Signed at Monroe, Louisiana, this 19th day of May, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE